UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE YOUSIF,

    Plaintiff,

  v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

RAMI YOUSIF, an individual,

    Third-Party Defendant.

_____/

Case No. 12-CV-12427

HON. GEORGE CARAM STEEH

ORDER DENYING PLAINTIFF'S MOTION TO
ALTER, AMEND AND FOR OTHER RELIEF (DOC. #23)

Plaintiff Stephanie Yousif has filed a motion, citing both Fed. R. Civ. P. 59(e) and 60(b)(6), asking the court to reconsider its opinion and order–and associated judgment–entered in favor of defendant Fannie Mae on March 13, 2013. Plaintiff largely reiterates the arguments she presented in response to Fannie Mae's motion earlier this year, namely that Fannie Mae is a government actor not entitled to foreclose under Michigan's foreclosure by advertisement statute.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

E.D. Mich. L.R. 7.1(g)(3). Because plaintiff has failed to demonstrate a palpable defect by which this court has been misled, the correction of which will result in a different disposition of this case, her motion is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated: May 29, 2013

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 29, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---